

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Ernest Ray Koonce v. Wells Fargo Bank, N.A.

Appellate case number:    01-15-00440-CV

Trial court case number:  2010-64752

Trial court:              127th Judicial District Court of Harris County

On May 12, 2015, appellant-relator Ernest Ray Koonce, proceeding *pro se*, filed a "Petition for Permission to Appeal Amended Order Reversing the Granting of Plaintiff's Plea to the Jurisdiction and Standing of Wells Fargo Bank, NA or Alternative[ly], Petit[i]on for Writ of Mandamus."  To the extent appellant-relator intended that his pleading be construed as a petition for permissive appeal, it does not comply with the applicable rules, namely that it does not attach a copy of the trial court's order granting permission to appeal in that order.  *See* TEX. R. APP. P. 28.3(a), (e)(2) & Notes and Comments; TEX. R. CIV. P. 168.

Accordingly, because appellant-relator is proceeding *pro se* and requested mandamus relief in the alternative, the Court construes this petition as a mandamus petition, and the Clerk of this Court is directed to designate this petition as an original proceeding.[1]  Because no filing fee was paid, the Court **orders** relator to pay the $145 filing fee within **30 days** of the date of this order.  *See* TEX. R. APP. P. 5.  Further, because no response has been filed yet, the Court requests a response to the mandamus petition from any real party in interest.  *See id.* at 52.8(b)(1).  Any response must be filed within **30 days** of the date of this order.  *See id.* at 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                        ☒ Acting individually    ☐ Acting for the Court
Date: June 11, 2015

---

[1]     Although appellant-relator's petition was filed in response to the Notice of Intent to Dismiss for Want of Jurisdiction sent by the Clerk of this Court on April 30, 2015, in cause number 01-15-00228-CV, the Clerk was directed to assign it this new number.